ER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



390

FILED
JUL 22 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

| | |
|---|---|
| VARIOUS PLAINTIFFS | : CONSOLIDATED UNDER |
| | : MDL 875 - ħ Le |
| v. | : |
| | : |
| VARIOUS DEFENDANTS | : Cases filed in the |
| | : Maritime Docket (MARDOC) |

O R D E R

**AND NOW**, this **22nd** day of **July, 2010**, it is hereby **ORDERED** that to the extent that the cases listed in Exhibit "A", attached, have been previously closed pursuant to Judge Charles R. Weiner's order of May 2, 1996, these cases shall be returned to the active docket for final disposition. (See doc. no. 113; In re Asbestos Prods. Liab. Litig. (No. VI), 02-md-875, 1996 WL 239863 (E.D. Pa. May 2, 1996)).

It is further **ORDERED** that all claims against all the viable defendants in the cases listed in Exhibit "A", attached, are **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(2).

It is further **ORDERED** that the cases will be transferred to the "Bankruptcy Only" docket.[1]

It is further **ORDERED** that each of these cases shall be

---

[1] The bankruptcy-only docket contains all claims against all defendants in bankruptcy proceedings.

marked **CLOSED**.[2]

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

---

[2] Many of these cases are marked closed pursuant to Judge Weiner's order. They have never been assigned Eastern District of Pennsylvania case numbers, and at the present time, the Clerk of the Court for the Northern District of Ohio continues to maintain the dockets. This order will be docketed on the Eastern District of Pennsylvania's MARDOC "all actions docket" (02-md-875) and will be sent to the Judicial Panel on Multidistrict Litigation and the Clerk for the Northern District of Ohio for processing.